No. 85–1711. GRIMES v. LOUISVILLE & NASHVILLE RAILROAD Co. C. A. 7th Cir. Certiorari denied.

No. 85–1724. UNDERWOOD v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 85–1725. KENNEDY v. GENERAL SERVICES ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 85–1729. MEADS ET AL. v. FLYING TIGER LINE, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1756. POOL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 85–1758. TURNER v. PARSONS. C. A. 3d Cir. Certiorari denied.

No. 85–1783. ARDITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1784. BONANSINGA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1787. WISNIEWSKI v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1795. HOFFMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1800. FREEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–1810. SCHREIBER, PERSONAL REPRESENTATIVE OF THE ESTATE OF ROSS v. CHASE FEDERAL SAVINGS & LOAN ASSN. Sup. Ct. Fla. Certiorari denied.

No. 85–1833. STANGER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5990. MONTGOMERY v. SEITER ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–6330. FUENTES-JIMENEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.